RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org

Attorney for Brandon Lee Russell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00492-BNW |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE** |
| v. | |
| BRANDON LEE RUSSELL, | |
| Defendant. | |

Brandon Lee Russell was charged by criminal complaint on June 8, 2023, with three counts: (1) Operating a Motor Vehicle while Under the Influence of Drugs and/or Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a Controlled Substance in Blood (a violation of 18 U.S.C. § 13 and N.R.S. § 484C.110(3)(g)); and (3) Speeding (a violation of 36 C.F.R. § 4.21(c)). ECF No. 1.

Mr. Russell entered into a plea agreement under which he pleaded guilty to Count One. ECF No. 11. Counts Two and Three were dismissed. *Id.* Mr. Russell was sentenced on Count One to one year of unsupervised probation with the following special conditions:

(1)    Credit for time served in lieu of payment of a $500 fine and mandatory $10 penalty assessment;

(2)    Completion of a DUI course and Victim Impact Panel;

(3)    Completion of an eight-hour online drug and alcohol awareness course;

(4)    No violation of local, state, or federal laws.

*Id.*

Mr. Russell has complied with the special conditions of his unsupervised probation in accordance with his plea agreement and sentence. He has completed a DUI course, Victim Impact Panel, and eight-hour online drug and alcohol awareness course. Accordingly, the parties agree that the status conference set for April 1, 2026, should be vacated.

DATED this 27th day of March 2026.

RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                     Deputy Attorney General of the United States


  */s/ Bethany Wang Balchunas*                   */s/ Joseph Sciscento*
By_____       By_____
BETHANY WANG BALCHUNAS                   JOSEPH SCISCENTO
Assistant Federal Public Defender         Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

BRANDON LEE RUSSELL,

　　　　　Defendant.

Case No. 2:23-mj-00492-BNW

**ORDER**

The Court finds that Mr. Russell has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference currently scheduled for April 1, 2026, at 9:30 AM, be vacated.

IT IS FURTHER ORDERED that this case be closed.

DATED this 24th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3